(99 South. 73)

### Ex parte STATE ex rel. Atty. Gen.

### HUMBER v. STATE.

### (5 Div. 872.)

(Supreme Court of Alabama. Jan. 17, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., for petitioner.

Frank M. de Graffenried, of Seale, opposed.

SOMERVILLE, J. Leila C. Humber was convicted of an offense and appealed to the Court of Appeals, where the judgment was reversed. The state of Alabama, on the relation of its Attorney General, brings now its petition for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Humber v. State, 99 South. 68.

Writ denied.